THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| MATT TODD, as personal representative for the Estate of Joan Todd; MATTHEW TODD, an individual,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>STATE FARM FIRE CASULATY COMPANY,<br><br>　　　　　　　Defendant. | CASE NO. C24-1716-JCC<br><br>MINUTE ORDER |

　　　　The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　　　This matter comes before the Court on the parties' stipulated motion to dismiss (Dkt. No. 17). Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a case may be dismissed without a court order if there is a "stipulation of dismissal signed by all parties who have appeared." Accordingly, the parties' stipulation here is self-executing and this action is DISMISSED with prejudice and without costs or fees to any party. The Clerk is DIRECTED to close this case.

//

//

//

//

MINUTE ORDER
C24-1716-JCC
PAGE - 1

DATED this 21st day of April 2025.

<u>Ravi Subramanian</u>
Clerk of Court

<u>s/Kathleen Albert</u>
Deputy Clerk
